UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22329 MC-COOKE

MAGISTRATE JUDGE BROWN

FILED by ____ INTAKE
SEP 0 5 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

IN RE: Request from Brazil
Pursuant to the Treaty Between
the United States of America and
the Federative Republic of Brazil
on Mutual Assistance in Criminal
Matters in the Matter of
Maria da Penha
_____/

## APPLICATION FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 28, UNITED STATES CODE, SECTION 1782

The United States petitions this Court for an Order, pursuant to Article 5 of the Treaty between the United States of America and the Federative Republic of Brazil on Mutual Assistance in Criminal Matters, signed on October 14, 1997, entered into force February 21, 2001, as well as 28 U.S.C. §1782 and its own inherent authority, appointing Marc Osborne as Commissioner to collect evidence from witnesses and to take any other action as is required to execute the attached request from Brazil made pursuant to the Treaty.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: /s/ Marc Osborne

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Court ID #A5500796
99 NE 4th Street
Miami, Florida 33132
Telephone No. (305) 961-9198
Facsimile No. (305) 530-6168
E-Mail Address: Marc.Osborne@usdoj.gov